UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EDWARD WILSON,

    Plaintiff,

v.

RAMSEY COUNTY; MEDICAL DEPARTMENT; and DEPARTMENT OF JUSTICE,

    Defendants.

Case No. 23-CV-1991 (JRT/JFD)

**REPORT AND RECOMMENDATION**

In an order dated July 17, 2023, this Court directed Edward Wilson to pay an initial partial filing fee of at least $23.09, consistent with 28 U.S.C. § 1915(b). (Dkt. No. 4.) Mr. Wilson was given 21 days to pay the required initial partial filing fee, failing which it would be recommended that this action be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

That deadline has now passed, and Mr. Wilson has not paid the required initial partial filing fee. In fact, Mr. Wilson has not communicated with the Court about this case at all following this Court's order directing him to pay an initial partial filing fee. Accordingly, this Court now recommends, consistent with the warning previously given to Mr. Wilson, that this action be dismissed without prejudice under Rule 41(b) for failure to prosecute. *See Wewerka v. Roper*, 431 F. App'x 517, 517 (8th Cir. 2011) (per curiam) (affirming dismissal without prejudice pursuant to Rule 41(b) following prisoner's failure to pay initial partial filing fee).

Based upon the foregoing, and on all of the files, records, and proceedings herein,

**IT IS HEREBY RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

Dated: August 16, 2023        __s/ *John F. Docherty*_____
                              JOHN F. DOCHERTY
                              United States Magistrate Judge

## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. *See* Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).